1  LINDA JOY KATTWINKEL, SBN 164283
   ERICK D. GELWICKS, SBN 276355
2  OWEN, WICKERSHAM & ERICKSON, P.C.
   455 Market Street, Suite1910
3  San Francisco, California 94105
   415-882-3200 voice
4  415-882-3232 fax
   ljk@owe.com
5  egelwicks@owe.com

6  *Attorneys for Plaintiff*
   San Francisco Bay Area Rapid Transit District (BART)
7

8

9                  UNITED STATES DISTRICT COURT

10                 NORTHERN DISTRICT OF CALIFORNIA

11

| San Francisco Bay Area Rapid Transit District, | Civil Action No. CV 12 4395 MEJ |
|---|---|
| Plaintiff, | [~~PROPOSED~~] |
| vs. | ORDER GRANTING PLAINTIFF'S MOTION TO EXTEND TIME |
| Yahya Abdulla Mohamed, a.k.a. Taher Yahaya Abdullah, Ramzey Mohamed, BART Gas & Food, and DOES 1-10, inclusive, | |
| Defendants | |

The Court having considered Plaintiff's motion and the declaration of Plaintiff's counsel and good cause appearing therefor,

IT IS ORDERED:

1. The date by which Defendants Yahya Abdulla Mohamed, a.k.a. Taher Yahaya Abdullah, Ramzey Mohamed, and BART Gas & Food is hereby extended up to and including **December 17, 2012.**

2. The Initial Case Management Conference and ADR deadlines are continued for **ninety (90) days**. The new schedule is as follows:

| **Date** | **Event** |
|---|---|
| February 7, 2013 | Last day to: |

ORDER EXTENDING TIME                                                              Page 1

|   |   |   |
|---|---|---|
| | | • Meet and confer re: initial disclosures, early settlement, ADR process selection, and discovery plan |
| | | • File ADR Certification signed by Parties and Counsel |
| | | • File either Stipulation to ADR Process or Notice of Need for ADR Phone Conference |
| | February 21, 2013 | Last day to file Rule 26(f) Report, complete initial disclosures or state objection in Rule 26(f) Report and file Case Management Statement per the Court's Standing Order re Contents of Joint Case Management Statement |
| | February 28, 2013 | INITIAL CASE MANAGEMENT CONFERENCE (CMC) in Courtroom B, 15th Floor, SF at 10:00 AM |

Dated: November 9, 2012

_____
The Hon. Maria-Elena James
United States District Magistrate Judge